**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| HAROLD BRUEN, III, | : | No. 39 MAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated April 24, |
| v. | : | 2017, exited April 25, 2017, at No. 109 MD |
| | : | 2017. |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Appellees | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 20th day of October, 2017, the Notice of Appeal is quashed.